Chicago Title and Trust Company, appellee, v. Harry Ram et al., defendants. Max Agranowsky and Sophie Agranowsky, appellants. Gen. No. 35,858.

Opinion filed May 17, 1932.

Meyer W. Rosin, for appellants; William Shapiro, of counsel. Edwin D. Lawlor, Walter V. Fackler and A. Edmund Peterson, for appellee; Saul Bernstein, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Douglas Park Day and Night Nursery, appellee, v. George Dickey et al., defendants. Madison & Kedzie State Bank and Chicago Title & Trust Company, first successor in trust, appellants. Gen. No. 36,005.

Opinion filed May 26, 1932.

Winston, Strawn & Shaw and Walter V. Fackler, for appellants; Harold Beacom, Richard H. Hollen, Arthur D. Welton, Jr., and Anthony L. Michel, of counsel. Aaron Soble and William Feldman, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Mary Rubinsky, appellee, v. Gertrude Hodgson et al., defendants. Madison & Kedzie State Bank, trustee, and Chicago Title & Trust Company, first successor in trust, appellants. Gen. No. 36,008.

Opinion filed May 26, 1932.

Winston, Strawn & Shaw and Walter V. Fackler, for appellants; Harold Beacom, Richard H. Hollen, Arthur D. Welton, Jr., and Anthony L. Michel, of counsel. Aaron Soble and William Feldman, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Sam Schwartz, appellee, v. Howard G. Reed et al. Madison & Kedzie State Bank and Chicago Title and Trust Company, first successor in trust, appellants. Gen. No. 35,998.

Opinion filed June 9, 1932.

Winston, Strawn & Shaw and Walter V. Fackler, for appellants; Harold Beacom, Richard H. Hollen, Arthur D. Welton, Jr., and Anthony L. Michel, of counsel. Aaron Soble and William Feldman, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.